Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1200
San Diego, California 92101
Phone: 619-849-4900 ♦ Fax: 619-849-4950

Attorneys for Defendants, RANDALL JAMES DEGELE AND CORCORAN TRUCKING, INC.

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DANIEL HYUN DONG KIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RANDALL JAMES DEGELE; CORCORAN TRUCKING, INC.; and DOES 1 TO 30, inclusive,<br><br>　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441, 1446 AND RULE 81(c); DECLARATION OF WYETH E. BURROWS IN SUPPORT THEREOF**<br><br>Action Filed:　　　2/24/21<br><br>Trial Date:　　　　8/24/22 |

To the Clerk of the United States District Court for the Central District of California – Western Division:

PLEASE TAKE NOTICE that, based on the following allegations, Defendants, RANDALL JAMES DEGELE AND CORCORAN TRUCKING, INC., ("Defendants") hereby remove the above-referenced action from the Superior Court of the State of California, County of Los Angeles, pursuant to 28 U.S.C. §§ 1441, 1446 and Federal Rules of Civil Procedure, Rule 81(c), based upon diversity of citizenship jurisdiction.

**STATEMENT OF FACTS ENTITLING DEFENDANTS TO REMOVAL**

1.　　The action pending in the Superior Court of the State of California in and for the County of Los Angeles, entitled <u>DANIEL HYUN DONG KIM v. RANDALL JAMES DEGELE; CORCORAN TRUCKING, INC</u>, Case No. 21STCV07260, was commenced on February 24, 2021. A true and correct copy of the Complaint is attached hereto and marked as Exhibit "A."

2. Copies of the pleadings and other papers served on the removing Defendants in the above-described action are appended to this Notice of Removal as required by 28 U.S.C. § 1446.

3. As the appended record demonstrates, the action pending in the state court is a civil action within the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the litigants, and the amount in controversy exceeds $75,000.

**TIMELINESS OF REMOVAL**

4. Service of process was effected upon CORCORAN TRUCKING, INC. on March 4, 2021.  Service of process was effected upon RANDALL JAMES DEGELE on March 14, 2021.

5. Plaintiff's Complaint did not allege his residency.

6. Defendants CORCORAN TRUCKING, INC and RANDALL JAMES DEGELE filed an answer to the Complaint on April 5, 2021 in the Superior Court of California, County of Los Angeles.

7. Defendants CORCORAN TRUCKING, INC and RANDALL JAMES DEGELE served initial written discovery to Plaintiff DANIEL HYUN DONG KIM on April 6, 2021.

8. Defendants were unaware of Plaintiff's residency until they received Plaintiff's written discovery responses on May 10, 2021.

9. According to Plaintiff's responses to Form Interrogatories, Set One, Plaintiff currently resides at 2157 West Chalet Ave., Anaheim, CA 92805.

10. A defendant must generally remove a case within 30 days of receiving the complaint. 28 U.S.C.A. § 1446(b)(1); Rea v. Michaels Stores Inc.,742 F.3d 1234, 1237 (9th Cir. 2014). However, if the complaint itself does not provide a basis for removal, a defendant may file a notice of removal within 30 days after receipt of information "from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). "[I]nformation relating to the amount in controversy in the record of the State proceeding, or in responses to discovery" triggers the 30-day time limit. Id. § 1446(c)(3)(A).

11. Because this Motion is filed within thirty (30) days after receipt of information from which it may first be ascertained that the case is removable, i.e., Plaintiff's discovery

responses which demonstrate his residency and domicile, this Motion is timely.

## DIVERSITY OF CITIZENSHIP

12. Plaintiff DANIEL HYUN DONG KIM is a citizen of the State of California, with his domicile in California.

13. Defendant RANDALL JAMES DEGELE is a citizen of the state of Montana, with his domicile in the state of Montana.

14. Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." Defendant CORCORAN TRUCKING, INC was, at the time of the filing of this action, and still is, a citizen of the State of Montana, where it has its principal place of business and where it is incorporated.

15. The presence of DOE Defendants in this case has no bearing on diversity with respect to removal. See, 28 U.S.C. § 1441(b) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded").

## AMOUNT IN CONTROVERSY

16. While Defendants CORCORAN TRUCKING, INC and RANDALL JAMES DEGELE deny liability for Plaintiff's claims, the amount in controversy requirement is satisfied because it is "more likely than not" that the amount in controversy in this personal injury action exceeds the jurisdictional limit of $75,000. Sanchez v. Monumental Life Ins. Co., 95 F.3d 856, 862 (9th Cir. 1996) (internal citations omitted).

17. Plaintiff filed an Unlimited Civil Case in Superior Court where the amount demanded exceeds $25,000 and claims he suffered: (1) hospital and medical expenses; (2) general damages; (3) loss of earnings; (4) wage loss; (5) loss of use of property; and (6) property damage. Accordingly, the Complaint itself is sufficient evidence to establish that it is more likely than not that the amount in controversy exceeds the jurisdictional amount of $75,000, pursuant to 28 U.S.C. § 1332(a).

18. Additionally, on April 13, 2021, prior to filing suit, Plaintiff's counsel sent a letter

1  communicating a policy limits demand. To be clear, no demand by Plaintiff has ever been for less
2  than the $75,000 jurisdictional requirement of this court.

3      19.    Further, Plaintiff's responses to Form Interrogatories, Set One, in particular,
4  Response to Form Interrogatory No. 6.4., demonstrate Plaintiff's alleged medical treatment is in
5  excess of $400,000.

## CONCLUSION

7      20.    Because the state court action is one within the diversity jurisdiction of the federal
8  district courts, the action is removable to federal court under 28 U.S.C. § 1441(a) and (b) because
9  no Defendant is a citizen of the State of California.

10      21.    Removal to this District Court is proper under 28 U.S.C. § 1441(a) because the
11  Superior Court of California for the County of Los Angeles – Central District is geographically
12  located within this court's district.

13      22.    Removal is timely under 28 U.S.C. § 1446(b)(3) because this Notice of Removal is
14  filed within thirty (30) days of after receipt of information "from which it may first be ascertained
15  that the case is one which is or has become removable." In other words, Notice of Removal is
16  timely because it was filed within thirty (30) days of receiving Plaintiff's discovery responses
17  which demonstrate he is a citizen of the state of California. Additionally, removal is timely
18  because this Notice of Removal is filed not more than one year after the action was commenced in
19  the state court.

20      23.    Plaintiff will be served with this Notice of Removal, and the additional supporting
21  pleadings as required by 28 U.S.C. § 1446.

23  DATED:  June 01, 2021

By:    /s/ Wyeth E. Burrows
WYETH E. BURROWS, Esq.
Attorney for Defendants, RANDALL JAMES
DEGELE AND CORCORAN TRUCKING, INC.

21211288.1:05580-0276  -4-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441, 1446 AND RULE 81(c)

**DECLARATION OF WYETH E. BURROWS**

I, Wyeth E. Burrows, declare as follows:

1. I am an attorney at law duly admitted to practice before the courts of the State of California. I am an associate with WOOD, SMITH, HENNING & BERMAN LLP, attorneys of record for Defendants, RANDALL JAMES DEGELE AND CORCORAN TRUCKING, INC.. I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Proofs of service of Summons on Defendants filed by Plaintiff. These are the only pleadings and orders served upon RANDALL JAMES DEGELE and CORCORAN TRUCKING, INC. in this action to date.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Notice to Adverse Parties of Removal of Case to Federal Court, filed with the Superior Court of California, County of Los Angeles and served on all involved parties to this action.

4. CORCORAN TRUCKING, INC is now, and was at the time of the filing of this action, a citizen of a State other than California within the meaning of 28 U.S.C. § 1332(c)(1), because it is a business entity organized under the laws of the State of Montana, with its principal place of business in Billings, MT.

5. RANDALL JAMES DEGELE is now, and was at the time of the filing of this action, a citizen of a State other than California within the meaning of 28 U.S.C. § 1332(c)(1) because he is a resident of the State of Montana.

6. At the time Plaintiff served his Complaint, Defendants were unaware of Plaintiff's residency, as the Complaint does not allege Plaintiff's domicile or residency.

7. As such, Defendants' filed an Answer to the Complaint on April 5, 2021, and the very next day, on April 6, 2021, served initial written discovery to Plaintiff in order to ascertain his residency. A true and correct copy is attached as Exhibit "E".

8. Plaintiff served his responses to initial written discovery on May 10, 2021.

9. According to Plaintiff's responses to Form Interrogatories, Set One, Plaintiff currently resides at 2157 West Chalet Ave., Anaheim, CA 92805. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Response to Form Interrogatory 2.5 which demonstrates his residency.

10. According to Plaintiff's responses to Form Interrogatories, Set One, Plaintiff's alleged medical expenses are in excess of $400,000. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's Response to Form Interrogatory 6.3 which demonstrates his alleged medical expenses to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of June, 2021, at San Diego, California.

/S/ Wyeth E. Burrows
Wyeth E. Burrows

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TELEPHONE 619-849-4900 ♦ FAX 619-849-4950

21211288.1:05580-0276                    -2-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441, 1446 AND RULE 81(c)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

**Daniel Kim v. Corcoran Trucking, Inc.**
**Case No. 21STCV0760**

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 501 West Broadway, Suite 1200, San Diego, CA 92101.

On June 2, 2021, I served the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441, 1446 AND RULE 81(C); DECLARATION OF WYETH E. BURROWS IN SUPPORT THEREOF** on the interested parties in this action as follows:

Keith J. Bruno
Kyle L. Peterson
Christopher D. Barnes
CARPENTER, ZUCKERMAN & ROWLEY
18600 MacArthur Blvd., Suite 200
Irvine, California 92612
Email: kbruno@czrlaw.com
Email: kpederson@czrlaw.com
Email: chylton@czrlaw.com
Email: Team3@czrlaw.com
Tel: (949) 537-3748
Fax: (949)336-4526
**Attorneys for Plaintiff, DANIEL HYUN DONG KIM**

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2021, at San Diego, California.

/s/ Arielle Padilla
Arielle Padilla

21211288.1:05580-0276

-1-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441, 1446 AND RULE 81(c)